# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| GREEN ICE TECHNOLOGY § | |
| § | Civil Action No. 4:17-CV-341 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| ICE COLD 2, LLC, ET AL. § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 7, 2017, the report of the Magistrate Judge (Dkt. #13) was entered containing proposed findings of fact and recommendations that, with regard to Plaintiff Green Ice Technology's Amended Motion for Emergency Temporary Restraining Order and Request for Expedited Consideration (Filed Ex Parte under Seal) (Dkt. #11), (1) Plaintiff's requests for entry of an emergency *ex parte* TRO and/or emergency *ex parte* preliminary injunction be denied, and (2) Defendants should be provided notice of Plaintiff's Motion and, after notice, Defendants should be permitted an opportunity to respond to Plaintiff's Amended Motion for Emergency Temporary Restraining Order and Request for Expedited Consideration, and appear at any hearing set on Plaintiff's Motion.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's requests for entry of an emergency *ex parte* TRO and/or emergency *ex parte* preliminary injunction be denied.

It is further **ORDERED** that Defendants shall be provided notice of Plaintiff's Motion and, after notice, Defendants shall be permitted an opportunity to respond to Plaintiff's Amended Motion for Emergency Temporary Restraining Order and Request for Expedited Consideration, and appear at any hearing set on Plaintiff's Motion. Plaintiff is directed to complete service of process and to serve Defendants with copies of the Amended Motion for Emergency Temporary Restraining Order and Request for Expedited Consideration (Filed Ex Parte under Seal) (Dkt. #11). The Magistrate Judge will schedule hearing on the Amended Motion for Emergency Temporary Restraining Order and Request for Expedited Consideration (Filed Ex Parte under Seal) promptly following such service.

**IT IS SO ORDERED**.
SIGNED this 27th day of July, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE